**FROM: The District Court of the 20th Judicial District. County of Sanders.**

STATE OF MONTANA,

Plaintiff,                                                    NO. DC-98-10

vs.                                                          DECISION

James B. Wickham,

Defendant.

On November 10, 1998, the defendant was sentenced to the follow-ing: Count I: five (5) year commitment to the Department of Correc-tions and a $500 fine; Count III: six (6) months in the Sanders County Jail and a $300 fine; Count IV: a $10 fine; and Count V: ten (10) days in the Sanders County Jail and a $250 fine. Counts I, III, and V shall run consecutively.

On August 19, 1999, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by John Putikka. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was fur-ther advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insuffi-cient to hold that the sentence imposed by the District Court is inade-quate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 19th day of August, 1999.

DATED this 9th day of September, 1999.

**Acting Chairman, Hon. Jeffrey H. Langton, Member, Hon. Marge Johnson and Alt. Member, Hon. Robert Boyd**

**FROM: The District Court of the 13th Judicial District. County of Yellowstone.**